# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ALBERT SHAMBURGER

     Plaintiff,

vs.                                                            Civil Action No. 3:10-cv-115

CENTRAL STATE UNIVERSITY,                   Judge Timothy S. Black

     Defendant.

---

## CONDITIONAL ORDER OF DISMISSAL

---

     The Court having been advised by the parties that the above captioned civil action has been settled:

     It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within **30 days**, move to reopen the action if settlement is not consummated.

     The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

     **IT IS SO ORDERED**.

Date: 9/22/10

Timothy S. Black
United States District Judge